IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*(Write the District and Division, if any, of
the court in which the complaint is filed.)*

---

*Tyrone Hurt*

_____

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

*Republican-elect President
of the US, Mr. Donald Trump*

_____

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 3:17-CV-7-TBR
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes   ☐ No
*(check one)*

FILED U.S.
VANESSA L. ARMSTRONG, CLERK
17 JAN 17 PM 2:59
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name *Tyrone Hurt*
Street Address *422 Chempate St. St. #33*
City and County *W.D.C.*
State and Zip Code *D.C., 20033*
Telephone Number *(202)258-0033*
E-mail Address *422 Chempate St. St. #333 W.D.C. 20033*

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

Name *Mr. Donald Trump*
Job or Title *Republican-elect President (the US).*
(if known)
Street Address
City and County *United States of America*
State and Zip Code
Telephone Number
E-mail Address
(if known)

Defendant No. 2

Name
Job or Title
(if known)
Street Address
City and County

State and Zip Code    _____

Telephone Number    _____

E-mail Address _____
(if known)

Defendant No. 3

     Name _____

     Job or Title _____
     (if known)

     Street Address _____

     City and County _____

     State and Zip Code _____

     Telephone Number _____

     E-mail Address _____
     (if known)

Defendant No. 4

     Name _____

     Job or Title _____
     (if known)

     Street Address _____

     City and County _____

     State and Zip Code _____

     Telephone Number _____

     E-mail Address _____
     (if known)

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*.

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.     If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Title 42, Section 1983, U.C.; Title 28, Section 1330, U.C. Title 28, Section 1331 & 1332, U.C.; Title 28, Section 1928, U.C.; U.S. Constitution, (1658) (1798).*

**B.     If the Basis for Jurisdiction Is Diversity of Citizenship**

1.      The Plaintiff(s)

    a.      If the plaintiff is an individual

The plaintiff, *(name)* *Tyrone Hurt*, is a citizen of the State of *(name)* *W.D.C. P.L. U.H.A.)*

    b.      If the plaintiff is a corporation

The plaintiff, *(name)* *Tyrone Hurt*, is incorporated under the laws of the State of *(name)* *W.D.C. P.C.*, and has its principal place of business in the State of *(name)* *422 Chenoppeake St. St. #33, W.D.C. 20032*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

    a.      If the defendant is an individual

The defendant, *(name)* *Donald Trump*, is a citizen of the State of *(name)* *Virginia*. Or is a citizen of *(foreign nation)* *N/A*.

4

b.      If the defendant is a corporation

The defendant, *(name)* _Donald Trump_ , is
incorporated under the laws of the State of *(name)*
_Virginia_ , and has its principal place of
business in the State of *(name)* _Virginia Virginia_ . *Or* is
incorporated under the laws of *(foreign nation)*
_No No_ , and has its principal place of
business in *(name)* _Unknown_ .

*(If more than one defendant is named in the complaint, attach an
additional page providing the same information for each additional
defendant.)*

3.      The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant
owes or the amount at stake—is more than $75,000, not counting interest
and costs of court, because *(explain):*

_The Plaintiff seeks one (1) billion in punitive_
_and monetary of damages against said defendant._

### III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as
briefly as possible the facts showing that each plaintiff is entitled to the damages or other
relief sought.  State how each defendant was involved and what each defendant did that
caused the plaintiff harm or violated the plaintiff's rights, including the dates and places
of that involvement or conduct.  If more than one claim is asserted, number each claim
and write a short and plain statement of each claim in a separate paragraph.  Attach
additional pages if needed.

_1). The defendant is a Civ. constitutional right, (1685-_
_1775-) violator and a human rights violator._

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to
order.  Do not make legal arguments.  Include any basis for claiming that the wrongs
alleged are continuing at the present time.  Include the amounts of any actual damages
claimed for the acts alleged and the basis for these amounts.  Include any punitive or
exemplary damages claimed, the amounts, and the reasons you claim you are entitled to
actual or punitive money damages.

_The Plaintiff seeks one (1) billion dollars in punitive and monetary damages against said offenders, all civil, constitutional rights violator and human rights violator, and said violation are ongoing._

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an
improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the
cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for
extending, modifying, or reversing existing law; (3) the factual contentions have
evidentiary support or, if specifically so identified, will likely have evidentiary support
after a reasonable opportunity for further investigation or discovery; and (4) the
complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-
related papers may be served.  I understand that my failure to keep a current
address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  _11-7_ , 20_17_.

Signature of Plaintiff      _____

Printed Name of Plaintiff   _Tymane Hoy_____

### B.    For Attorneys

Date of signing:  _____, 20__.

6

Signature of Attorney      _____

Printed Name of Attorney   _____

Bar Number                 _____

Name of Law Firm           _____

Address                    _____

Telephone Number           _____

E-mail Address             _____

Tyrone -. Hurt
422 Chesapeake St. SE, Apt. 33
Washington, DC 20032

(202)288-6432

FILED US
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

17 JAN 17 PM 2:59




To: Clerk to the Court
Chiell Judge
United States District Court
For the Western District of Kentucky
St: 601 W. Broadway,
Rm. 106
Louiville, Ky.
40202