## Case Assignment
## Standard Civil Assignment

Case number **3:17CV-7-TBR**

Assigned : Senior Judge Thomas B. Russell
Judge Code : 4413

Designated Magistrate Judge : Magistrate Judge Colin H. Lindsay
Magistrate Judge Code : 44AS

Assigned on 1/4/2017 10:08:14 AM
Transaction ID: 7931

Return