IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

FILED US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
17 JAN 17 PM 2:59

Tyrone Hart

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

Republican-Elect President of the U.S., Mr. Donald Trump

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 3:17-CV-7-TBR
*(to be filled in by the Clerk's Office)*

Jury Trial: ☒ Yes ☐ No
*(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Tyrone Hurt |
| Street Address | 422 Chesapeake St. S.E. #33 |
| City and County | W. D.C. |
| State and Zip Code | D.C. 20032 |
| Telephone Number | (202) 758-6432 |
| E-mail Address | 422 Chesapeake St. S.E. #33; W. D.C. 20032 |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Mr. Donald Trump |
| Job or Title (if known) | Republican-elect President of the U.S. |
| Street Address | |
| City and County | United States of America |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |

State and Zip Code ____________________
Telephone Number ____________________
E-mail Address (if known) ____________________

Defendant No. 3

Name ____________________
Job or Title (if known) ____________________
Street Address ____________________
City and County ____________________
State and Zip Code ____________________
Telephone Number ____________________
E-mail Address (if known) ____________________

Defendant No. 4

Name ____________________
Job or Title (if known) ____________________
Street Address ____________________
City and County ____________________
State and Zip Code ____________________
Telephone Number ____________________
E-mail Address (if known) ____________________

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A. If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title 42, Section 1983, U.S.C.: Title 28, Section 1330, U.S.C. Title 28, Section 1331 + 1332, U.S.C.: Title 28, Section 1978, U.S.C.: U.S. Constitution, (1688) (1978).

**B. If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* Tyrone Hurt, is a citizen of the State of *(name)* (W.D.C.: D.C.: U.S.A.)

b. If the plaintiff is a corporation

The plaintiff, *(name)* Tyrone Hurt, is incorporated under the laws of the State of *(name)* W.D.C.: D.C.:, and has its principal place of business in the State of *(name)* 422 Chesapeake St. S.E. #33: W.D.C.: 20032

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* Donald Trump, is a citizen of the State of *(name)* U.S.A. *Or* is a citizen of *(foreign nation)* N/A.

b. If the defendant is a corporation

The defendant, *(name)* Donald Trump, is incorporated under the laws of the State of *(name)* U.S.A., and has its principal place of business in the State of *(name)* U.S.A. : U.S.A.. *Or* is incorporated under the laws of *(foreign nation)* N/A, and has its principal place of business in *(name)* unknown.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

The Plaintiff seeks one (1) billion in punitive and monetary of damages against said Defendant.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1). The defendant is a Vi: constitutional rights, (1668) (1773-) violator and a human rights violator.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Plaintiff seeks one (1) billion dollars in punitive and monetary damages against said defendants, U.S.A., U.S. constitutional rights violation and a human rights violation, and said violations are continuing.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/7, 2017.

Signature of Plaintiff [illegible]

Printed Name of Plaintiff Tyrone [illegible]

### B. For Attorneys

Date of signing: __________, 20__.

Signature of Attorney ______________________________
Printed Name of Attorney ______________________________
Bar Number ______________________________
Name of Law Firm ______________________________
Address ______________________________
Telephone Number ______________________________
E-mail Address ______________________________

H
Tyrone -. Hurt
422 Chesapeake St. SE, Apt. 33
Washington, DC 20032
(202)288-4432

FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
17 JAN 17 PM 2:59







To: Clerk of the Court
Chief Judge
United States District Court
For the Western District of Kentucky
At: 601 W. Broadway,
Rm. 106
Louisville, KY.
40202