**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**TYRONE HURT** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 3:17CV-7-TBR**

**MR. DONALD TRUMP** **DEFENDANT**

**ORDER**

This matter is before the Court on Plaintiff's motion for leave to proceed *in forma pauperis*. On review, the Court finds that Plaintiff makes the financial showing required by 28 U.S.C. § 1915(a). Accordingly, **IT IS ORDERED** that the motion (DN 5) is **GRANTED**.

Because Plaintiff is proceeding without the prepayment of fees, or *in forma pauperis*, the Court must review the complaint pursuant to 28 U.S.C. § 1915(e)(2).[1] *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199 (2007). Once the review is complete, an order will be entered informing the parties of what steps, if any, must be taken.

Date: February 15, 2017

ENTERED BY ORDER OF COURT:

SENIOR JUDGE THOMAS B. RUSSELL
UNITED STATES DISTRICT COURT

VANESSA L. ARMSTRONG, CLERK

s/ Vanessa L. Armstrong

cc: Plaintiff, *pro se*
4413.005

[1] Under § 1915(e)(2), "the court shall dismiss the case at any time if the court determines that . . . the action . . . (i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief."